**Brenna B. Mahoney**
**Clerk of Court**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**August Marziliano**
Chief Deputy, Brooklyn

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip



**Docket Number:** __25-cv-7014__ **Date:** 12/22/25 **(include this number on all papers submitted to the Court)**

Dear Litigant:

The Clerk's Office received the enclosed papers on __12/18/25__. A docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked. below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER**. If you do not comply, your case will not proceed and may be dismissed.

☐ **Papers,** including complaints, petitions, motions, or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☐ A total fee of $405 (consisting of $350 civil action filing fee and a $55 administrative fee) [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 - or - you may request to waive the $350 filing fee by completing an IFP application pursuant to 28 U.S.C. § 1915. (Note: the $55 administrative fee does not apply where IFP is granted.) If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

☐ Each plaintiff named in the caption must sign the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

☐ Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

**Other:** Please provide the address for each Defendant listed in your Complaint.

Sincerely,

*August Marziliano*

**August Marziliano**
Chief Deputy, Brooklyn

*Ogoro Francis-McLeish*

**Ogoro Francis-McLeish**
Chief Deputy, Central Islip

Enclosure(s)
rev. 5/15/2024

c/m-pro se JD 4/29/2025