Michael Eisenberg v. NYC DOE et al. [25-cv-7014]

Defendant Addresses

1. NEW YORK CITY DEPARTMENT OF EDUCATION
   ℅ Corporation Counsel for the City of New York,
   100 Church Street
   New York, NY 10007

2. DR. HOA TU, Superintendent Queens North High Schools,
   in her official capacity
   30-48 Linden Place
   Queens, NY 11354

3. ANTHONY STIFFLER, ESQ., Executive Director of School Support and Operations of
   Queens North High Schools
   in his official capacity
   28-11 Queens Plaza North
   Queens, NY 11101

4. NAMITA DWARKA, Deputy Superintendent Queens South
   & former Principal of William Cullen Bryant High School,
   in her official and individual capacity
   82-01 Rockaway Blvd.
   Ozone Park, NY 11416

5. CARLYN ST. AUBAIN, Principal of William Cullen Bryant High School,
   in her official and individual capacity
   48-10 31st Ave.
   Queens, NY 11103

6. ALLISSA MASON, Assistant Principal of of William Cullen Bryant High School,
   in her official and individual capacity
   48-10 31st Ave.
   Queens, NY 11103

7. JONATHAN YOUNG, Assistant Principal of William Cullen Bryant High School,
   in his official and individual capacity
   48-10 31st Ave.
   Queens, NY 11103


*** Filed ***
01:50 PM, 02 Jan, 2026
U.S.D.C., Eastern District of New York

8.      KAITLYN RIVERA, Assistant Principal of William Cullen Bryant High School,
        in her official and individual capacity
        48-10 31st Ave.
        Queens, NY 11103

9.      MOISES MORALES, Assistant Principal of William Cullen Bryant High School,
        in his official and individual capacity
        48-10 31st Ave.
        Queens, NY 11103

10.     JOHANNA HENRY, Assistant Principal of William Cullen Bryant High School,
        in her official and individual capacity
        48-10 31st Ave.
        Queens, NY 11103

11.     YAZITZA ROBINSON, Assistant Principal of William Cullen Bryant High School,
        in her official and individual capacity
        48-10 31st Ave.
        Queens, NY 11103