AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |  |
|---|---|---|
| **Michael Eisenberg** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  25-cv-7014-HG-VMS |
| New York City Department of Education; Dr. Hoa Tu; Anthony Stiffler, Esq.;  Namita Dwarka; Carlyn St. Aubain;  Allissa Mason;  Jonathan Young; Kaitlyn Rivera; Moises Morales; Johanna Henry; Yazitza Robinson | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**New York City Department of Education**
*⅞ Corporation Counsel for the City of New York,*
100 Church Street
New York, NY 10007

***\*\*\*Please see rider pages for remaining defendants.***

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Plaintiff:

**Michael Eisenberg**
23-5 Waters Edge Dr.
Apt. 6L
Bayside, NY 11360

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: **02/12/2026**

*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-cv-7014-HG-VMS

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NEW YORK

<table>
<tr><td>

**Michael Eisenberg**

_____

*Plaintiff(s)*

v.

**New York City Department of Education;
Dr. Hoa Tu; Anthony Stiffler, Esq.; Namita
Dwarka; Carlyn St. Aubain; Allissa
Mason; Jonathan Young; Kaitlyn Rivera;
Moises Morales; Johanna Henry;
Yazitza Robinson**

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

**RIDER TO
ISSUED SUMMONS
IN A CIVIL ACTION**


Civil Action No. 25-cv-7014-HG-VMS

</td></tr>
</table>

**Dr. Hoa Tu,**
*Superintendent Queens North High Schools,
in her official capacity*
30-48 Linden Place
Queens, NY 11354

**Anthony Stiffler, Esq.,**
*Executive Director of School Support and Operations of
Queens North High Schools in his official capacity*
28-11 Queens Plaza North
Queens, NY 11101

**Namita Dwarka,**
*Deputy Superintendent Queens South & former Principal of
William Cullen Bryant High School, in her official and individual capacity*
82-01 Rockaway Blvd.
Ozone Park, NY 11416

**Carlyn St. Aubain,**
*Principal of William Cullen Bryant High School,
in her official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

1

Civil Action No. 25-cv-7014-HG-VMS

**Allissa Mason,**
*Assistant Principal of William Cullen Bryant High School,*
*in her official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

**Jonathan Young,**
*Assistant Principal of William Cullen Bryant High School,*
*in his official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

**Kaitlyn Rivera,**
*Assistant Principal of William Cullen Bryant High School,*
*in her official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

**Moises Morales,**
*Assistant Principal of William Cullen Bryant High School,*
*in his official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

**Johanna Henry,**
*Assistant Principal of William Cullen Bryant High School,*
*in her official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

**Yazitza Robinson,**
*Assistant Principal of William Cullen Bryant High School,*
*in her official and individual capacity*
48-10 31st Ave.
Queens, NY 11103

2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-7014-HG-VMS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                                         *Server's signature*


                                                         _____
                                                         *Printed name and title*


                                                         _____
                                                         *Server's address*


Additional information regarding attempted service, etc: